```
                                        FILED
                                        MAY 2 5 2006
                                        RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-O6-0108 MAG |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| ANASTACIA ANGULO, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒ Presentence Report

☐ Plea Agreement

☐ _____
  (Other)

**IT IS SO ORDERED.**

Dated: May 25, 2006

UNITED STATES JUDGE
HON. MARIA-ELENA JAMES